IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| AMERIFACTORS FINANCIAL GROUP, LLC, | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:22-CV-00453 |
| VS. | § § | JUDGE MICHAEL J. TRUNCALE |
| ALLCO, LLC, | § § § | |
| *Defendant.* | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff's Notice of Dismissal with Prejudice. [Dkt. 4]. Plaintiff has notified the Court that it wishes to nonsuit with prejudice its claims against Defendant in the above-styled cause.

It is therefore **ORDERED** that the above-styled cause is **DISMISSED WITH PREJUDICE**, with the Parties bearing their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 22nd day of December, 2022.**

_____
Michael J. Truncale
United States District Judge